**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Randy Scott Decker,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CASE NO. 1:26-CV-70-ADA-SH** |
| | § | |
| **Chipton-Ross, Inc. and First Advantage** | § | |
| **Corporation,** | § | |
| *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 27. Judge Hightower recommends that this Court **DISMISS** Plaintiff's defamation and negligence claims as preempted by the FCRA and **DISMISS** his tortious interference claim for failure to state a claim, leaving Plaintiff's FCRA and defamation per se claims to remain. *Id.* at 11. Additionally, the report recommends that this Court **DENY** Plaintiff's first Renewed Emergency Motion for Temporary Restraining Order (Dkt. 17) as moot and his second Renewed Emergency Motion for Temporary Restraining Order (Dkt. 21) for failure to show irreparable injury. *Id.* The report was filed on March 20, 2026. This Court hereby adopts Judge Hightower's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on April 1, 2026 and a supplement to those objections on April 5, 2026. Dkt. Nos. 30, 31. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 27), Plaintiff's objections (Dkt. 30), Plaintiff's supplement (Dkt. 31), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 27) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Objections (Dkt. 30) are **OVERRULED.**

**IT IS FURTHER ORDERED** that Plaintiff's defamation and negligence claims are hereby **DISMISSED** as preempted by the FCRA, and Plaintiff's tortious interference claim is hereby **DISMISSED** for failure to state a claim. Plaintiff's FCRA and defamation per se claims remain.

**IT IS FURTHER ORDERED** that Plaintiff's first Renewed Emergency Motion for Temporary Restraining Order (Dkt. 17) is hereby **DENIED** as moot, and Plaintiff's second Renewed Emergency Motion for Temporary Restraining Order (Dkt. 21) is hereby **DENIED** for failure to show irreparable injury.

**SIGNED** this 15th day of April, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE