**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

<table>
<tr><td>

**RANDY SCOTT DECKER,**
*Plaintiff,*

v.

**CHIPTON-ROSS, INC. and
FIRST ADVANTAGE CORPORATION,**
*Defendants.*

</td><td>

§
§
§
§
§
§
§
§
§
§

</td><td>

No. **1:26-cv-00070-ADA-SH**

</td></tr>
</table>

**FILED**

May 30, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Christian Rodriguez_
DEPUTY

**CERTIFICATE OF SERVICE**

I certify that on _____May 29_____, 2026, I served true and correct copies of the following two filings by separate email transmission to counsel of record:

1. Plaintiff's Second Supplemental Notice and Declaration Regarding Imminent Forced Liquidation, Forced Relocation, and Compounding Irreparable Harm in Further Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction; and

2. Plaintiff's Third Supplemental Notice of Good-Faith Mitigation Efforts, Administrative and Regulatory Complaints, and Continuing Non-Remediation in Further Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

Service was made as follows:

1. Michael A. McCabe, counsel for Defendant Chipton-Ross, Inc., by email at:
   mmccabe@munckwilson.com .
2. Emma Mata, counsel for Defendant First Advantage Corporation, by email at:
   emata@seyfarth.com .

No exhibits are included with this Certificate of Service.

Executed on _____May 29_____, 2026.

_Randy Scott Decker_
Randy Scott Decker
Plaintiff, Pro Se
511 Hoot Owl Ln S
Leander, Texas 78641
512-676-8245
randysdecker@gmail.com