**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **RANDY SCOTT DECKER,** | § | |
| | § | |
| *Plaintiff,* | § | |
| **v.** | § | |
| | § | |
| **CHIPTON-ROSS, INC. and FIRST** | § | **Case No. 1:26-cv-00070-ADA-SH** |
| **ADVANTAGE CORPORATION,** | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANT CHIPTON-ROSS, INC.'S NOTICE OF NON-OPPOSITION TO**
**PLAINTIFF'S EMERGENCY MOTION FOR SHORT EXTENSION OF TIME TO FILE**
**RESPONSE TO DEFENDANT CHIPTON-ROSS, INC.'S MOTION TO DISMISS**

COMES NOW, Defendant Chipton-Ross, Inc. and notifies this Court that it does not

oppose the relief requested by Plaintiff in his Emergency Motion for Short Extension of Time to

File Response to Defendant Chipton-Ross, Inc.'s Motion to Dismiss [Dkt. 61].

Dated: June 19, 2026

Respectfully submitted,

/s/ Michael A. McCabe
**Michael A. McCabe**
*Attorney-in-Charge*
Texas State Bar No. 24007628
Southern District No. 23968
mmccabe@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201
Telephone: 972-628-3600
Telecopier: 972-628-3616

**COUNSEL FOR DEFENDANT**
**CHIPTON-ROSS, INC.**

1

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on June 19, 2026, a true and correct copy of the foregoing document was served on the *pro se* Plaintiff and all counsel of record via the court's ECF e-filing system.

*/s/ Michael A. McCabe*
Michael A. McCabe