RECEIVED

July 09, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
CC
DEPUTY

FILED

July 09, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
CC
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**RANDY SCOTT DECKER**,

Plaintiff,

v.

**CHIPTON-ROSS, INC. and**
**FIRST ADVANTAGE CORPORATION**,

Defendants.

**Case No. 1:26-cv-00070-ADA-SH**

**NOTICE OF CHANGE OF ADDRESS**

TO THE HONORABLE COURT:

Plaintiff Randy Scott Decker, proceeding pro se, respectfully files this Notice of Change of Address and requests that the Clerk update the docket and service records in this matter.

Plaintiff's new mailing address is:

9828 East Pueblo Avenue Lot #61
Mesa, Arizona 85208

Plaintiff's telephone number remains: 512-676-8245
Plaintiff's email address remains: randysdecker@gmail.com

Plaintiff respectfully requests that all future notices, orders, correspondence, and service copies be sent to the updated address listed above.

Respectfully submitted,

/s/ Randy Scott Decker
Plaintiff, Pro Se
9828 E. Pueblo Ave. Lot #61
Mesa, Arizona 85208
512-676-8245
randysdecker@gmail.com

Date: July 9, 2026

CERTIFICATE OF SERVICE

I certify that on July 9, 2026, I served a true and correct copy of this Notice of Change of Address by email on counsel of record for Defendants.

Michael A. McCabe, counsel for Defendant Chipton-Ross, Inc.
Email: mmccabe@munckwilson.com

Emma Mata, counsel for Defendant First Advantage Corporation
Email: emata@seyfarth.com

Abdullah Khalil, counsel for Defendant First Advantage Corporation

Email: aKhalil@munckwilson.com

/s/ Randy Scott Decker